No. 153. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Coleman Gangel* and *Joseph E. Brill* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 155. ESTATE STOVE CO. ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied. *Morris Kirschstein* for petitioners. *Harry W. Lindsey, Jr.* for respondents.

No. 157. BURGESS BATTERY CO. *v.* MARZALL (WATSON SUBSTITUTED), COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George I. Haight* and *Clarence M. Fisher* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for respondent.

No. 158. LOWDERMILK *v.* OHIO OIL CO. C. A. 7th Cir. Certiorari denied. *Garrett W. Olds* and *Asa J. Smith* for petitioner. *Hubert Hickam* and *Thomas M. Scanlon* for respondent.

No. 161. GAZAN *v.* CORBETT ET AL., CONSTITUTING THE ZONING BOARD OF APPEALS OF THE TOWN OF BROOKHAVEN. Court of Appeals of New York. Certiorari denied. *Simone N. Gazan* and *Charles A. Ellis* for petitioner. *Robert H. Pelletreau* for respondents.

No. 162. ECK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Milton Gould* for petitioners. *Acting Solicitor General Stern,*

*Assistant Attorney General Holland, Ellis N. Slack, S. Dee Hanson* and *Murray L. Schwartz* for respondent. ▮

No. 165. PROPST ET AL. *v.* BOARD OF EDUCATIONAL LANDS AND FUNDS OF NEBRASKA ET AL. Supreme Court of Nebraska. Certiorari denied. *Wendell Berge* for petitioners. *Clarence S. Beck*, Attorney General of Nebraska, and *Robert A. Nelson*, Assistant Attorney General, for respondents. ▮

No. 166. ONEIDA, LTD. *v.* GRAYSON-ROBINSON STORES, INC. Supreme Court of Georgia. Certiorari denied. *Wallace H. Martin, Walter J. Halliday, Robert B. Troutman* and *William K. Meadow* for petitioner. ▮

No. 168. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* BOARD OF RAILROAD COMMISSIONERS OF MONTANA ET AL. Supreme Court of Montana. Certiorari denied. *H. C. Pauly* for petitioner. *Arnold H. Olsen*, Attorney General of Montana, *Vera Jean Heckathorn*, Assistant Attorney General, and *Edwin S. Booth* for the Board of Railroad Commissioners; and *Lester H. Loble* for the Railroad Brotherhoods of Railroad Trainmen, Engineers, Firemen and Conductors et al., respondents. ▮

No. 170. MAXWELL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Geo. E. H. Goodner* and *Dewey R. Roark, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent. ▮